No. 73–1729.  JOHNSON *v.* LARAMIE COUNTY SCHOOL DISTRICT No. 1.  Appeal from Sup. Ct. Wyo. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1817.  BROTHERS, DBA A-ADVANCED PRODUCTS CO. ET AL. *v.* CALIFORNIA.  Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1928.  PUBLIC UTILITY DISTRICT No. 1 OF DOUGLAS COUNTY ET AL. *v.* MADDEN ET AL.  Appeal from Sup. Ct. Wash. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1965.  SHEPHERD *v.* ARKANSAS.  Appeal from Sup. Ct. Ark. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–6591.  SMITH *v.* CALIFORNIA.  Appeal from App. Dept., Super. Ct. Cal., County of Alameda, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–6704.  SAFFIOTI *v.* UNITED STATES.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.